UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on July 22, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Case No.: _____

Hearing Date: _____

Judge: _____

Chapter: _____

# ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 22, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The Court having determined that the final decree was entered prematurely in this case on _____ and should be vacated for the reason stated below:

❏     Debtor has not yet been discharged

❏     Adversary Proceeding number _____ is pending

❏     Other: _____
                   _____
                   _____

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*