**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Lelia M. Garvin** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–1778 <br> EIN    \_\_–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    \_ \_ \_ \_ <br> EIN    \_\_–_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    17–30541–VFP | | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Lelia M. Garvin
   aka Lelia M. Garvin–Cook

7/21/22                    **By the court:** Vincent F. Papalia
                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Lelia M. Garvin  
Debtor

Case No. 17-30541-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 3
Date Rcvd: Jul 21, 2022 Form ID: 3180W Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lelia M. Garvin, 56 Dohrmann Avenue, Teaneck, NJ 07666-4117 |
| cr | + Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517113889 | + Cit Fin Serv, Attn: Bankruptcy, 1000 Technology Dr., O Fallon, MO 63368-2222 |
| 517113891 | + Corning Credit Union, 1 Credit Union Plz, Corning, NY 14830-2897 |
| 517113896 | + David Cook, 56 Dohrmann Avenue, Teaneck, NJ 07666-4117 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jul 21 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 21 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517241877 | EDI: BANKAMER.COM | Jul 22 2022 00:33:00 | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 517113883 | + EDI: BANKAMER.COM | Jul 22 2022 00:33:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517113885 | + EDI: BANKAMER.COM | Jul 22 2022 00:33:00 | Bank Of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 517113887 | + Email/Text: ECMBKMail@Caliberhomeloans.com | Jul 21 2022 20:40:00 | Caliber Home Loans, P.O. Box 24610, Oklahoma City, OK 73124-0610 |
| 517113893 | + Email/Text: bankruptcy@credencerm.com | Jul 21 2022 20:40:00 | Credence Resource Management, 17000 Dallas Pkwy Ste 20, Dallas, TX 75248-1940 |
| 517113892 | + Email/Text: bankruptcy@credencerm.com | Jul 21 2022 20:40:00 | Credence Resource Management, Po Box 2300, Southgate, MI 48195-4300 |
| 517113894 | + EDI: CCS.COM | Jul 22 2022 00:33:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 517113895 | + EDI: CCS.COM | Jul 22 2022 00:33:00 | Credit Collections Svc, Po Box 607, Norwood, MA 02062-0607 |
| 517113898 | + EDI: CITICORP.COM | Jul 22 2022 00:33:00 | Macy's, 9111 Duke Drive, Mason, OH 45040 |
| 517113897 | Email/Text: camanagement@mtb.com | Jul 21 2022 20:40:00 | M&T Credit Services, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 517113899 | + EDI: LCIPHHMRGT | Jul 22 2022 00:33:00 | Ocwen Loan Servicing, Attn: Research Dept, 1661 Worthington R Ste 100, West Palm Beach, FL 33409-6493 |
| 517113901 | + EDI: LCIPHHMRGT | Jul 22 2022 00:33:00 | Ocwen Loan Servicing, 1661 Worthington Rd, |

Case 17-30541-VFP  Doc 55  Filed 07/23/22  Entered 07/24/22 00:13:54  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 21, 2022 | Form ID: 3180W | Total Noticed: 32 |

| Recip ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | West Palm Beach, FL 33409-6493 |
| 519538747 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 21 2022 20:40:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 518726285 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 21 2022 20:40:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 519538746 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 21 2022 20:40:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 517113903 | + | EDI: RMSC.COM | Jul 22 2022 00:33:00 | Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064 |
| 517113905 | + | EDI: RMSC.COM | Jul 22 2022 00:33:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 517113907 | + | EDI: RMSC.COM | Jul 22 2022 00:33:00 | Synchrony Bank/6th Ave Elec, Po Box 965064, Orlando, FL 32896-5064 |
| 517113908 | + | EDI: RMSC.COM | Jul 22 2022 00:33:00 | Synchrony Bank/6th Ave Elec, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517130778 | + | EDI: AIS.COM | Jul 22 2022 00:33:00 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519216115 | ^ | MEBN | Jul 21 2022 20:36:01 | U.S. Bank Trust National Association, et al, c/o Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609, U.S. Bank Trust National Association, et 75381-4609 |
| 519216114 | ^ | MEBN | Jul 21 2022 20:36:00 | U.S. Bank Trust National Association, et al, c/o Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 517337814 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jul 21 2022 20:40:00 | U.S. Bank Trust, N.A., as Trustee for LSF9 Master, c/o Caliber Home Loans, 13801 Wireless Way, Oklahoma City OK 73134-2500 |
| 517113909 | + | EDI: CITICORP.COM | Jul 22 2022 00:33:00 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 517113910 | + | EDI: CITICORP.COM | Jul 22 2022 00:33:00 | Visa Dept Store National Bank, 9111 Duke Blvd, Mason, OH 45040-8999 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517113884 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517113886 | *+ | Bank Of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 517113888 | *+ | Caliber Home Loans, P.O. Box 24610, Oklahoma City, OK 73124-0610 |
| 517113890 | *+ | Cit Fin Serv, Attn: Bankruptcy, 1000 Technology Dr., O Fallon, MO 63368-2222 |
| 517113900 | *+ | Ocwen Loan Servicing, Attn: Research Dept, 1661 Worthington R Ste 100, West Palm Beach, FL 33409-6493 |
| 517113902 | *+ | Ocwen Loan Servicing, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 518726286 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517113904 | *+ | Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064 |
| 517113906 | *+ | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 21, 2022 | Form ID: 3180W | Total Noticed: 32 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2022            Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Lelia M. Garvin yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| J. Eric Kishbaugh | on behalf of Creditor LSF9 Master Participation Trust jkishbaugh@udren.com |
| Kevin M. Buttery | on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST kbuttery@moodklaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Lelia M. Garvin yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Phillip Andrew Raymond | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Sindi Mncina | on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11